<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| GEORGE S. NEEWILLY, | : | Civil Action No. 17-3584 (JMV) |
| Petitioner, | : | |
| v. | : | **OPINION** |
| CHARLES GREEN, | : | |
| Respondent. | : | |

APPEARANCES:

GEORGE S. NEEWILLY
Essex County Correctional Facility
354 Doremus Ave.
Newark, NJ 07105
      Petitioner, *pro se*

BRYAN K. LONEGAN
Office of Immigration Litigation
United States Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102
      On behalf of Respondent

**VAZQUEZ**, United States District Judge

      Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on May 22, 2017. (ECF No. 1.) He alleges a violation of his right to due process based on prolonged detention in the custody of Immigration and Customs Enforcement. ("ICE"). (*Id.* at 2.) Petitioner is confined in Essex County Correctional Facility, and he has been in custody since November 9, 2016. (*Id.*)

      Respondent submitted a letter response to the petition on July 13, 2017. (ECF No. 4.)

Respondent does not object to a remand ordering an Immigration Judge to provide Petitioner with a bond hearing, in accordance with 8 C.F.R. § 1003.19(c). The Court will, therefore, grant the habeas petition and order Respondent to provide Petitioner with a bond hearing. *See Chavez-Alvarez v. Warden York County Prison*, 783 F.3d 469, 478 (3d Cir. 2015) (due process requires that detention without bail pursuant to 8 U.S.C. § 1226(c) be limited to a reasonable period of time to further the goals of the detention statute.)

An appropriate Order follows.

Date: July 14, 2017
At Newark, New Jersey

                                              s /John Michael Vazquez
                                              JOHN MICHAEL VAZQUEZ
                                              United States District Judge